**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pasquale Venezia, | ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bentley Motors, Inc., | ) | |
| Defendant. | ) | |

Pursuant to the November 9, 2007, Motion for Defendant to Appear Telephonically at the Rule 16 Preliminary Pretrial Conference (Dkt. 11) filed by the Defendant Bentley Motors, Inc. ("Bentley"), and for good cause,

**IT IS HEREBY ORDERED** that a representative of Bentley may appear telephonically for the Rule 16 Preliminary Pretrial Conference by calling Judge McNamee's chambers (602-322-7555) by **3:55 p.m. on December 5, 2007**.

DATED this 13th day of November, 2007.

Stephen M. McNamee
United States District Judge