**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia,    Plaintiff, vs. Bentley Motors, Inc.,    Defendant. | No. CV 07-1511-PHX-SMM **ORDER** |

Pursuant to the parties' Stipulation for Extension of Expert Disclosure Deadlines (Dkt. 23), and for good cause shown,

**IT IS HEREBY ORDERED** that the expert disclosure deadlines are modified as follows:

1. The current deadline for disclosure of trial experts is changed from January 18, 2008, to **February 8, 2008**;

2. The current deadline for disclosure of rebuttal experts is changed from February 22, 2008, to **March 7, 2008.** As noted by in the parties' Stipulation, this extension does not affect the dates for completion of discovery, dispositive motions, and Final Pretrial Conference.

DATED this 11th day of January, 2008.

Stephen M. McNamee
United States District Judge