**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia, ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bentley Motors, Inc., ) | |
| Defendant. ) | |

Before the Court is Defendant's motion for a hearing or conference requesting that the Court direct the parties to participate in a settlement conference before a magistrate judge (Dkt. 25). Plaintiff expresses willingness to participate in a settlement conference at a later date, preferring to resolve certain issues via dispositive motion. As settlement negotiations are more productive when both parties are so inclined, the Court will deny Defendant's motion at this juncture. The parties may request a settlement conference at a later date. Accordingly,

**IT IS HEREBY ORDERED** denying Defendant's Request for Settlement Conference (Dkt. 25).

DATED this 1st day of February, 2008.

Stephen M. McNamee
United States District Judge