**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pasquale Venezia, | ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Bentley Motors, Inc., | ) ) | |
| Defendant. | ) ) | |

The Court having considered the parties' Stipulation for Extension of Time for Plaintiff to Reply in Support of Summary Judgment (Dkt. 38), and for good cause shown,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Dkt. 38). Plaintiff's Reply in Support of Summary Judgment shall be due on **April 2, 2008.**

DATED this 5th day of March, 2008.

Stephen M. McNamee
United States District Judge