**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia,<br><br>    Plaintiff,<br><br>vs.<br><br>Bentley Motors, Inc.,<br><br>    Defendant. | No. CV 07-1511-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Motion to Allow Attendance of Defense Expert at Deposition of Plaintiff's Expert (Dkt. 48), and for good cause,

**IT IS HEREBY ORDERED** granting the Stipulated Motion to Allow Attendance of Defense Expert of Plaintiff's Expert (Dkt. 48). Thomas LeClair, Defendant Bentley Motors, Inc.'s ("Bentley") expert regarding the alleged defects, repairs and current condition of the subject vehicle may attend the deposition of Robert Stork, Plaintiff's experts on the same issues.

DATED this 4th day of April, 2008.

_[signature]_
Stephen M. McNamee
United States District Judge