**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia, ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bentley Motors, Inc., ) | |
| Defendant. ) | |

Before the Court is Defendant's Request for Rule 16 Conference (Dkt. 56). Defendant requests an additional pretrial conference to discuss limitations on expert witnesses. Defendant asserts that the disclosed testimony of Plaintiff's rebuttal expert is cumulative, and that Plaintiff's counsel previously agreed to withdraw the testimony. Plaintiff opposes the motion. (See Dkt. 60.)

The Court finds that an additional pretrial conference is not necessary to resolve this issue, as it may be addressed via a motion to strike or motion in limine to exclude the proposed testimony. Accordingly,

**IT IS HEREBY ORDERED** denying Defendant's Request for a Rule 16 Conference (Dkt. 56).

DATED this 23rd day of April, 2008.

Stephen M. McNamee
United States District Judge