**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia,<br><br>        Plaintiff,<br><br>v.<br><br>Bentley Motors, Inc.,<br><br>        Defendant. | No. CIV 07-1511-PHX-SMM<br><br>**ORDER** |

On December 6, 2007, the Court entered a Scheduling Order containing the following language (Dkt. 19):

**IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

Plaintiff contacted the Court to request a telephonic conference regarding a discovery dispute between the parties. The Court being available to hear the matter,

//

//

1 **IT IS HEREBY ORDERED** setting a telephonic discovery dispute hearing before
2 the Honorable Stephen M. McNamee for **Tuesday, May 13, 2008 at 10:00 a.m.**  <u>Plaintiff's
3 counsel</u> shall initiate a conference call and secure all participants on the line before
4 telephoning Judge McNamee's chambers at (602) 322-7555, no later than **9:55 a.m.**, on May
5 13, 2008.

6 DATED this 6th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge