**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pasquale Venezia, ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Bentley Motors, Inc., ) | |
| Defendant. ) | |

Before the Court is Plaintiff's Motion to Continue Final Pretrial Conference (Dkt. 83). Plaintiff requests that the Final Pretrial Conference currently scheduled for July 10, 2008 be continued until after July 12, 2008, as Plaintiff will be out of the state. Alternatively, Plaintiff requests that he be permitted to appear telephonically. As the parties' partial motions for summary judgment are pending, and good cause appearing,

**IT IS HEREBY ORDERED** granting in part Plaintiff's Motion to Continue (Dkt. 83). The Final Pretrial Conference currently scheduled for July 10, 2008 is continued to **August 4, 2008** at **10:00 a.m.**

DATED this 6th day of June, 2008.

Stephen M. McNamee
United States District Judge