**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pasquale Venezia, | ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bentley Motors, Inc., | ) | |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Continue Final Pretrial Conference (Dkt. 89). Defendant requests that the Final Pretrial Conference currently scheduled for August 4, 2008 be continued until September, due to the relocation of Defendants' operations and personnel. As the parties' partial motions for summary judgment are pending, Plaintiff does not oppose the motion, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Continue (Dkt. 89). The Final Pretrial Conference currently scheduled for August 4, 2008 is continued to **September 22, 2008** at **10:00 a.m.**

DATED this 7th day of July, 2008.

Stephen M. McNamee
United States District Judge