**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pasquale Venezia, | ) | No. CV 07-1511-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Bentley Motors, Inc., | ) ) | |
| Defendant. | ) ) | |

After a jury trial concluded on December 16, 2008, the jury returned a verdict in favor of Plaintiff as to Counts 1 and 2.  Due to a statutory provision regarding election of remedies, the Clerk of Court will not enter judgment until 10 days have passed.  Before the Clerk of Court enters judgment, the parties must file a notice of election by January 5, 2009.  If the parties determine that the election is independent of judgment, then the parties need not take any action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court will not enter judgment until 10 days have passed.

**IT IS FURTHER ORDERED** that the parties must file a notice of election by January 5, 2009.  If the parties determine that the election is independent of judgment, then the parties need not take any action.

DATED this 17th day of December, 2008.

Stephen M. McNamee
United States District Judge